**No. 10M81. Cedric Greene, Petitioner v. D. Brooks.**

562 U.S. 1284, 131 S. Ct. 1716, 179 L. Ed. 2d 613, 2011 U.S. LEXIS 2292.

March 21, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M82. In re Lillie M. Middlebrooks, Petitioner.**

562 U.S. 1284, 131 S. Ct. 1716, 179 L. Ed. 2d 613, 2011 U.S. LEXIS 2263.

March 21, 2011. Motion for leave to proceed as a veteran denied.

**No. 10M83. Henry E. Gossage, Petitioner v. United States.**

562 U.S. 1284, 131 S. Ct. 1716, 179 L. Ed. 2d 613, 2011 U.S. LEXIS 2356.

March 21, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time under Rule 14.5 denied.

**No. 10M85. Andrew J. Danzell, Petitioner v. United States.**

562 U.S. 1284, 131 S. Ct. 1716, 179 L. Ed. 2d 613, 2011 U.S. LEXIS 2341.

March 21, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M86. Cedric Greene, Petitioner v. Gwendolyn Cermak, et al.**

562 U.S. 1284, 131 S. Ct. 1716, 179 L. Ed. 2d 613, 2011 U.S. LEXIS 2380.

March 21, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.